NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HEATHER SANDERS,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2018-2271

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91232777.

---

## JUDGMENT

---

ROBERT POWERS, McClanahan Powers, PLLC, Vienna, VA, argued for appellant.

THOMAS L. CASAGRANDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by CHRISTINA J.

HIEBER, THOMAS W. KRAUSE, WILLIAM LAMARCA, JOSEPH MATAL, ROBERT MCBRIDE.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 1, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court